MAGISTRATE JUDGE STROMBOM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-5490 |
| ) | |
| Plaintiff, ) | ORDER GRANTING STIPULATED |
| ) | MOTION TO CONTINUE TRIAL |
| vs. ) | DATE |
| ) | |
| TRACY PAGE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The Court having considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(H)(8)(a) concerning a continuance of the trial date in this case, finds that continuing the trial date is necessary to allow the defendant to pursue a deferred prosecution and obtain the necessary evaluation.

//

//

//

//

//

//

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE        1

1 //

2       IT IS THEREFORE ORDERED that the trial in this case shall be continued

3 to December 5, and that the period of time from September 26, 2005, up to an including

4 December 12, 2005, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A).

5       DONE this 27th day of September, 2005.

                                                  Karen L. Strombom
                                                  United States Magistrate Judge

Presented By:

/s/ _____
LINDA R. SULLIVAN
Attorney for Defendant

/s/ _____
CAPT. GLEN TEMPLETON
Special Assistant United States Attorney

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE     2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710